**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-34637 |
| | ) | |
| Scott and Adrienne Ingram | ) | Chapter 7 |
| | ) | |
| Debtors | ) | Hon. A. Benjamin Goldgar |
| | | August 24, 2007 at 1:00 p.m. |

**NOTICE OF MOTION**

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **August 24, 2007** at **1:00 p.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, in Courtroom 206, usually occupied by him as a courtroom in the Lake County Courthouse, or any other courtroom he may occupy at 18 North County Street, Waukegan, Illinois, and shall there present **FIRST APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF JODI E. GIMBEL AND JODI E. GIMBEL, P.C., ACCOUNTANTS FOR THE TRUSTEE,** a copy of which is attached hereto and is herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

                                                                Ilene F. Goldstein, as Trustee for
                                                                Scott and Adrienne Ingram


                                                   By:   /s/ Ilene F. Goldstein
                                                           One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Avenue, Suite 200
Highland Park, IL 60035
(847) 926-9595

# CERTIFICATE OF SERVICE

### Statement on service list regarding serving docs electronically

I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **FIRST APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF JODI E. GIMBEL AND JODI E. GIMBEL, P.C., ACCOUNTANTS FOR THE TRUSTEE** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **FIRST APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF JODI E. GIMBEL AND JODI E. GIMBEL, P.C., ACCOUNTANTS FOR THE TRUSTEE**, to be e-mailed to the address listed, faxed to the number indicated or sent via First Class Mail, as indicated, to each such person on the attached service list before the hour of 5:00 p.m. on August 2, 2007.

                  /s/ Ilene F. Goldstein
                    Ilene F. Goldstein

## SERVICE LIST

**U.S. Trustee**          **Via E-mail**
Richard Friedman
Office of the U.S. Trustee
AT&T Corporate Center
227 West Monroe Street
Suite 3350
Chicago, IL 60606

**Debtor's Counsel**        **Via E-mail**
Gary Foley
Shaw & Foley LLC
33 N. County St.
Suite 302
Waukegan, IL 60085

See Attached Creditors List All served via First Class Mail

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-34637 |
| | ) | |
| Scott and Adrienne Ingram | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**FIRST APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF JODI E. GIMBEL AND JODI E. GIMBEL,
P.C.,
ACCOUNTANTS FOR THE TRUSTEE**

Jodi E. Gimbel and Jodi E. Gimbel, P.C., accountants for Trustee, pursuant to §330 of the United States Bankruptcy Code, requests the entry of an order allowing and directing payment to Jodi E. Gimbel and Jodi E. Gimbel, P.C. an award of $918.75 as final compensation for 5.25 hours of accounting services rendered and reimbursement of expenses in the amount of $76.85 during the period June 20, 2007 through July 9, 2007. In support of its application, Jodi E. Gimbel and Jodi E. Gimbel, P.C., respectfully states as follows:

**BACKGROUND REGARDING COMMENCEMENT OF PROCEEDINGS**

On August 31, 2005, Scott and Adrienne Ingram commenced a voluntary petition was under Chapter 7 of the United States Bankruptcy Code ("Code").

**RETENTION OF JODI E. GIMBEL, P.C.**

1. On June 29, 2007, this Court entered an Order granting the Trustee's motion to employ Jodi E. Gimbel and Jodi E. Gimbel, P.C., as accountants for the Estate. A copy of said Order is available on the Court's docket.

## ALL SERVICES PERFORMED BY JODI E. GIMBEL AND JODI E. GIMBEL, P.C. WERE REASONABLE AND NECESSARY

2.  Pursuant to § 330 of the Code and the generally applicable criteria with respect to time, nature, extent and value of services performed, all of Jodi E. Gimbel's services are compensable and the compensation requested is fair and reasonable. All the accounting services performed by Jodi E. Gimbel, P.C., to date were authorized by this Court and were performed by Gimbel at the request or direction of the Trustee.

There has been no duplication of services by Jodi E. Gimbel and Jodi E. Gimbel, P.C., professionals for which compensation is requested herein.

3.  An itemized and detailed description of the specific services rendered to the Trustee by Jodi E. Gimbel and Jodi E. Gimbel, P.C., are reflected on the billing statement attached hereto as Exhibit A.  The billing statement sets forth the initials of the professional and the amount of time spent rendering each service, the day on which such service was rendered and a description of the nature of the services rendered.

## NATURE OF SERVICES PERFORMED BY JODI E. GIMBEL AND JODI E. GIMBEL, P.C.

Jodi E. Gimbel and Jodi E. Gimbel, P.C., reviewed all the documents concerning the Debtor's tax returns to determine whether the Estate incurred any tax liability as a result of the Trustee's settlement of numerous interests in assets.   Jodi E. Gimbel and Jodi E. Gimbel, P.C., also prepared the tax returns for the Estate.

In connection with the above services, Jodi E. Gimbel and Jodi E. Gimbel, P.C., expended 5.25 hours, for which it seeks compensation in the total amount of $918.75 as final compensation for 5.25 hours of accounting services rendered and

reimbursement of expenses in the amount of $76.85.  Set forth below is a chart which summarizes the time expended by each professional in this category:

| Professional | Time Spent | Hourly Rate | Total |
|---|---|---|---|
| J. Gimbel | 5.25 Hours | $175.00 | $918.75 |

## **CONCLUSION**

4.  The rates charged by Jodi E. Gimbel and Jodi E. Gimbel, P.C., in this fee application are its usual and customary rates charged during the period covered by this application for work performed for other clients in both bankruptcy and non-bankruptcy matters.

5.  Jodi E. Gimbel and Jodi E. Gimbel, P.C., has not entered into an agreement or understanding of any kind, expressed or implied, with any entity to share in its compensation received or to be received by Gimbel for services rendered to the Trustee in this case.

6.  More than 120 days has elapsed since the commencement of this case and Jodi E. Gimbel, P.C., has not filed any prior applications for compensation or reimbursement of expenses.  Accordingly, pursuant to § 330 of the Code, Jodi E. Gimbel, P.C., may represent this application for final compensation.

WHEREFORE, Jodi E. Gimbel and Jodi E. Gimbel, P.C., requests the entry of an order:

A. Allowing and directing payment to Jodi E. Gimbel, P.C., final compensation in the amount of $918.75 as final compensation for 5.25 hours of accounting services rendered and reimbursement of expenses in the amount of $76.85 for the actual, necessary and valuable professional services rendered to the Trustee during the period of June 20, 2007 through July 9, 2007.

B. For such other and further relief as this Court deems appropriate.

          Respectfully submitted by

          Ilene F. Goldstein

          By: /s/ Ilene F. Goldstein

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave, Suite 200
Highland Park, Illinois 60035
(847) 926-9595

Printed: 08/02/07 11:31 AM

# Creditor Mailing Matrix

Page: 1

### Case No.: 05-34637

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Adrienne Ingram | 3101 Mini Drive | Wadsworth | IL | 60083 |
| American Express Centurion Bank | c/o Becket and Lee LLP | Po Box 3001 Malvern | PA | 19355 |
| Bank Of America | 1825 E Buckeye Rd | Phoenix | AZ | 85034 |
| Bank of America | 475 CrossPoint Parkway PO Box 9000 | Getzville | NY | 14068 |
| Capital One | 1957 Westmoreland Road | Richmond | VA | 23276-5617 |
| Chase Bank USA, N.A. | c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900, Seattle, WA, 98121 | | | |
| Chase Manhattan Bank | 1211 West 22nd Street, Suite 120 | Oak Brook | IL | 60523 |
| Chase/United Milage Plus | 800 Brooksedge Blvd | Westerville | OH | 43081 |
| Choice Visa | PO Box 6414 | The Lakes | NV | 88901 |
| Citibank/CHOICE | Exception Payment Processing P.O. Box 6305 | The Lakes | NV | 88901-6305 |
| Community Trust Cu | 1313 N Skokie Hwy | Gurnee | IL | 60031 |
| Discover Bank/Discover Financial Services | PO Box 3025 | New Albany | OH | 43054 |
| Discover Financial Svc | Po Box 15316 | Wilmington | DE | 19850 |
| eCAST Settlement Corporation | POB 35480 | Newark | NJ | 07193-5480 |
| eCAST Settlement Corporation | POB 35480 | Newark | NJ | 07193-5480 |
| eCAST Settlement Corporation | Po Box 35480 | Newark | NJ | 07193 |
| eCAST Settlement Corporation assignee of | HSBC Bank Nevada NA / HSBC Card Services III, POB 35480 | Newark | NJ | 07193-5480 |
| Fifth Third Bank | 1850 E Paris Ave SE MD#ROPS05/Bankruptcy | Grand Rapids | MI | 49546 |
| Fifth Third Bank | PO Box 630778 | Cincinnati | OH | 45263 |
| G Scott Ingram | 3101 Mini Drive | Wadsworth | IL | 60083 |
| Gary N Foley | Shaw & Foley LLC 33 N County St Ste 302 | Waukegan | IL | 60085 |
| Ilene F Goldstein ESQ | Law Offices of Ilene F. Goldstein 850 Central Ave, Ste 200 | Highland Park | IL | 60035 |
| Infibank | 3490 Piedmont Rd Ne Ste | Atlanta | GA | 30305 |
| IRS | Attn: Stop 5013 CHI 230 South Dearborn Street | Chicago | IL | 60604 |
| Kohl's | PO Box 2983 | Milwaukee | WI | 53201 |
| Kohl's Department Store | c/o Creditors Bankruptcy Service P O Box 740933 | Dallas | TX | 75374 |
| Mbna America | Pob 17054 | Wilmington | DE | 19884 |
| Target National Bank (f.k.a. Retailers National Ba | TARGET VISA c/o Weinstein & Riley, P.S., 2101 Fourth Ave., Suite 900, Seattle, WA, 98121 | | | |

Printed: 08/02/07 11:31 AM

# Creditor Mailing Matrix

Page: 2

### Case No.: 05-34637

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Tnb Target | Po Box 9475 | Minneapolis | MN | 55440 |
| U.S. Bankruptcy Court | Eastern Division<br>219 S Dearborn, 7th Floor | Chicago | IL | 60604 |
| Victoria's Secret | PO Box 182128 | Columbus | OH | 43218-2128 |
| WELLS FARGO BANK | Bankruptcy Department<br>3476 Stateview Blvd., MAC: x7801-014, Fort Mill, S. 29715 | | | |
| Wells Fargo Bank | PO Box 5058 | Sioux Falls | SD | 57117 |
| Wells Fargo Bank | Po Box 5445 | Portland | OR | 97228 |
| Wells Fargo Bank NA | c/o Wells Fargo Home Mortgage<br>3476 Stateview Blvd, MAC #X7801-014 | Fort Mill | SC | 29715 |
| Wells Fargo Bank, N.A. | c/o Wells Fargo Card Services<br>Recovery Department?, P.O. Box 9210 | Des Moines | IA | 50306 |
| William T Neary | Office of the U.S. Trustee, Region 11<br>227 W. Monroe Street, Suite 3350 | Chicago | IL | 60606 |
| World Financial Network National Bank | Victoria's Secret<br>c/o Weinstein & Riley, P.S., 2101 Fourth Ave., Suite 900, Seattle, WA, 98121 | | | |

**Total:** 38