**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-34637 |
| | ) | |
| Scott and Adrienne Ingram | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**JODI E. GIMBEL, P.C. ACCOUNTANTS FOR THE TRUSTEE**

This matter coming to be heard upon the Final Application for Allowance of Compensation and Reimbursement of Expenses of Jodi E. Gimbel and Jodi E. Gimbel, P.C., accountants for the Trustee, seeking $665.00 as final compensation for 3.80 hours of accounting services rendered and an additional $315.00 which represents the holdback on the previous fee application, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1.  Jodi E. Gimbel and Jodi E. Gimbel, P,C, accountants for the Trustee is hereby awarded and the Trustee is directed to pay final compensation in the amount of  $665.00 as final compensation for 3.80 hours of accounting services rendered for the period of January 9, 2008 through February 13, 2008 and an additional $315.00 which represents the holdback on the previous fee application for the actual, necessary and valuable professional services rendered to the Trustee as Final compensation and;

2.  Finding the previous award of interim compensation in the amount of $603.75 for the actual, necessary and valuable professional services rendered to the Trustee, and the reimbursement for its actual and necessary expenses of $76.85 incurred in connection with such services during the period June 20, 2007 through July 9, 2007 were necessary and are allowed as final compensation.

Dated: _____          ENTER:

_____
Ilene F. Goldstein                                          HON. A. Benjamin Goldgar
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave, Suite 200
Highland Park, Illinois 60035, (847) 926-9595