**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:  
INGRAM, G. SCOTT  
INGRAM, ADRIENNE  

CHAPTER 7 CASE  

CASE NO. **05-34637** ABG  

JUDGE A. Benjamin Goldgar  

Debtor(s)

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO: the Debtor(s), Creditors, and other Parties in Interest:
1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.
2. 

   **At**: U.S. BANKRUPTCY COURT sitting at the **Park City branch Court** located at **301 Greenleaf Avenue, Park City, Illinois,** in **Courtroom B** or any other Court Room which may e assigned before the Honorable A. Benjamin Goldgar

   **On**: **October 3, 2008**            **At: 2:00 P.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.
3. The Trustee's Final Report shows total:

   a. Receipts                              $       18,121.02

   b. Disbursements                         $          976.23

   c. Net Cash Available for Distribution   $       17,144.79

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN (Trustee Fees) | 0.00 | $2,561.89 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Fees) | 0.00 | $6,504.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Expenses) | 0.00 | | $144.735 |
| Jodi E. Gimbel,P.C. (Trustee's Accountant Fees) | 603.75 | $980.00 | |
| Jodi E. Gimbel,P.C. (Trustee's Accountant Expenses) | 76.85 | | $0.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $121,758.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 5.71%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Target National Bank (f.k.a. Retailers National Bank)Lord & Taylor | $ 7,957.33 | $ 454.48 |
| 2 | Discover Bank/Discover Financial Services | $ 9,056.67 | $ 517.27 |
| 3 | Discover Bank/Discover Financial Services | $ 10,292.17 | $ 587.83 |
| 4 | World Financial Network National Bank. | $ 2,333.27 | $ 133.26 |
| 5 | Community Trust Cu. | $ 4,158.99 | $ 237.54 |
| 6 | Wells Fargo Bank, N.A. | $ 10,994.63 | $ 627.95 |
| 7 | eCast Settlement Corporation | $ 17,958.72 | $ 1,025.70 |
| 8 | eCast Settlement Corporation | $ 18,912.91 | $ 1,080.20 |
| 9 | eCast Settlement Corporation | $ 12,803.85 | $ 731.28 |
| 10 | Kohl's Department Store | $ 1,194.19 | $ 68.21 |
| 12 | eCAST Settlement Corporation assignee of | $ 509.04 | $ 29.07 |
| 13 | American Express Centurion Bank | $ 2,424.92 | $ 138.50 |
| 14 | Citibank/CHOICE | $ 23,161.89 | $ 1,322.88 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: two used handguns' stock in Accipter Services, Inc.
11. 

Dated: **August 29, 2008**                     For the Court,


                                                By: **Kenneth S. Gardner**
                                                    Kenneth S. Gardner
                                                    Clerk of the United States Bankruptcy Court
                                                    219 S. Dearborn Street; 7th Floor
                                                    Chicago, IL 60604

Trustee: ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
Suite 200
Highland Park, Illinois 850 Central Ave.
60035, Telephone # (847) 926-9595

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward                Page 1 of 2              Date Rcvd: Aug 29, 2008
Case: 05-34637                 Form ID: pdf002            Total Served: 33

The following entities were served by first class mail on Aug 31, 2008.
db           +G Scott Ingram,    3101 Mini Drive,    Wadsworth, IL 60083-9534
jdb          +Adrienne Ingram,    3101 Mini Drive,    Wadsworth, IL 60083-9534
aty           Gary N Foley,    Gary N. Foley, P.C.,    1919 Route 83,    Round Lake Beach, IL  60073
aty          +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,    Suite 200,
               Highland Park, IL 60035-3278
tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
               Highland Park, IL 60035-3278
9751169       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001 Malvern, PA 19355
9751171      +Bank Of America,    1825 E Buckeye Rd,    Phoenix, AZ 85034-4216
9751170      +Bank of America,    475 CrossPoint Parkway,    PO Box 9000,    Getzville, NY 14068-9000
9751172      +Capital One,    1957 Westmoreland Road,    Richmond, VA 23276-0001
10926669     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
9751173      +Chase Manhattan Bank,    1211 West 22nd Street, Suite 120,    Oak Brook, IL 60523-3209
9751174      +Chase/United Milage Plus,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
9751175      +Choice Visa,    PO Box 6414,    The Lakes, NV 88901-6414
10977794      Citibank/CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV  88901-6305
9751176      +Community Trust Cu,    1313 N Skokie Hwy,    Gurnee, IL 60031-2147
9751179     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    PO Box 630778,    Cincinnati, OH 45263)
9751181     ++INFIBANK NA,    157 TECHNOLOGY PKWY,    STE 900,    NORCROSS GA 30092-2950
             (address filed with court: Infibank,    3490 Piedmont Rd Ne Ste,    Atlanta, GA 30305)
9751182      +IRS,    Attn: Stop 5013 CHI,    230 South Dearborn Street,    Chicago, IL 60604-1688
9751183      +Kohl’s,    PO Box 2983,    Milwaukee, WI 53201-2983
10945779     +Kohl’s Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
9751184      +Mbna America,    Pob 17054,    Wilmington, DE 19884-0001
10912625     +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9751185      +Tnb Target,    Po Box 9475,    Minneapolis, MN 55440-9475
9751186       Victoria’s Secret,    PO Box 182128,    Columbus, OH 43218-2128
9751187      +Wells Fargo Bank,    PO Box 5058,    Sioux Falls, SD 57117-5058
9751189      +Wells Fargo Bank,    Po Box 5445,    Portland, OR 97228-5445
10949518     +Wells Fargo Bank NA,    c/o Wells Fargo Home Mortgage,    3476 Stateview Blvd,    MAC #X7801-014,
               Fort Mill, SC 29715-7203
10918515     +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department?,    P.O. Box 9210,
               Des Moines, IA 50306-9210
10914606     +World Financial Network National Bank,    Victoria’s Secret,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
11014084      eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
10955240      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Aug 30, 2008.
9751177       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 30 2008 03:30:46      Discover Financial Svc,
               Po Box 15316,    Wilmington, DE 19850
10913278     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 30 2008 03:30:46
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 2
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9751178*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
             (address filed with court: Discover Financial Svc,    Po Box 15316,    Wilmington, DE 19850)
9751180*    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    PO Box 630778,    Cincinnati, OH 45263)
9751188*     +Wells Fargo Bank,    PO Box 5058,    Sioux Falls, SD 57117-5058
11123031*    +eCAST Settlement Corporation,    Po Box 35480,    Newark, NJ 07193-5480
11123032*    +eCAST Settlement Corporation,    Po Box 35480,    Newark, NJ 07193-5480
                                                                                           TOTALS: 0, * 5
Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: sward              Page 2 of 2             Date Rcvd: Aug 29, 2008
Case: 05-34637                Form ID: pdf002          Total Served: 33

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2008**                **Signature:** _Joseph Speetjens_