# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-34637 ABG | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | INGRAM, G SCOTT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | INGRAM, ADRIENNE | Account: | ***-*****71-65 - Money Market Account |
| Taxpayer ID #: | 13-7555721 | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 01/06/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/15/07 | {8} | Scott Ingram | Resolution of Dispute | 1129-000 | 18,000.00 | | 18,000.00 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.56 | | 18,002.56 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.61 | | 18,012.17 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.93 | | 18,022.10 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.94 | | 18,032.04 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.30 | | 18,041.34 |
| 07/18/07 | 1001 | ILLINOIS DEPARTMENT OF REVENUE | income tax | 2820-000 | | 226.00 | 17,815.34 |
| 07/18/07 | 1002 | United States Treasury | Income taxes | 2810-000 | | 55.00 | 17,760.34 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.24 | | 17,770.58 |
| 08/30/07 | 1003 | Jodi E. Gimbel,P.C. | FEES | 3410-000 | | 603.75 | 17,166.83 |
| 08/30/07 | 1004 | Jodi E. Gimbel,P.C. | EXPENSES | 3420-000 | | 76.85 | 17,089.98 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.80 | | 17,099.78 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.59 | | 17,108.37 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.04 | | 17,118.41 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.90 | | 17,127.31 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.72 | | 17,136.03 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 7.83 | | 17,143.86 |
| 02/12/08 | 1005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #05-34637, Bond payment | 2300-000 | | 14.63 | 17,129.23 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.51 | | 17,132.74 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.18 | | 17,135.92 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.39 | | 17,138.31 |

Subtotals :   $18,114.54   $976.23

{} Asset reference(s)

Printed: 01/06/2009 01:26 PM   V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-34637 ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** INGRAM, G SCOTT | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| INGRAM, ADRIENNE | **Account:** ***-*****71-65 - Money Market Account |
| **Taxpayer ID #:** 13-7555721 | **Blanket Bond:** $3,000,000.00 (per case limit) |
| **Period Ending:** 01/06/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.14 | | 17,140.45 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.17 | | 17,142.62 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.17 | | 17,144.79 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.03 | | 17,146.82 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.24 | | 17,149.06 |
| 10/03/08 | Int | JPMORGAN CHASE BANK, N.A. | TRANSFER FROM INVESTMENT | 1270-000 | 0.14 | | 17,149.20 |
| 10/03/08 | | To Account #********7166 | TRANSFER FROM INVESTMENT | 9999-000 | | 17,149.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,125.43 | 18,125.43 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 17,149.20 | |
| | | | **Subtotal** | | 18,125.43 | 976.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,125.43** | **$976.23** | |

{} Asset reference(s)                        Printed: 01/06/2009 01:26 PM     V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-34637 ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | INGRAM, G SCOTT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | INGRAM, ADRIENNE | | Account: | ***-*****71-66 - Checking Account |
| Taxpayer ID #: | 13-7555721 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 01/06/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/08 | | From Account #********7165 | TRANSFER FROM INVESTMENT | 9999-000 | 17,149.20 | | 17,149.20 |
| 10/10/08 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,561.89, Trustee Compensation; Reference: | 2100-000 | | 2,561.89 | 14,587.31 |
| 10/10/08 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $6,504.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,504.00 | 8,083.31 |
| 10/10/08 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $144.73, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 144.73 | 7,938.58 |
| 10/10/08 | 104 | Jodi E. Gimbel, P.C. | Dividend paid 100.00% on $1,583.75, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 980.00 | 6,958.58 |
| 10/10/08 | 105 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 5.71% on $7,957.33; Claim# 1; Filed: $7,957.33; Reference: | 7100-000 | | 454.77 | 6,503.81 |
| 10/10/08 | 106 | Discover Bank/Discover Financial Services | Dividend paid 5.71% on $9,056.67; Claim# 2; Filed: $9,056.67; Reference: | 7100-000 | | 517.59 | 5,986.22 |
| 10/10/08 | 107 | Discover Bank/Discover Financial Services | Dividend paid 5.71% on $10,292.17; Claim# 3; Filed: $10,292.17; Reference: | 7100-000 | | 588.20 | 5,398.02 |
| 10/10/08 | 108 | World Financial Network National Bank | Dividend paid 5.71% on $2,333.27; Claim# 4; Filed: $2,333.27; Reference: | 7100-000 | | 133.35 | 5,264.67 |
| 10/10/08 | 109 | Community Trust Cu | Dividend paid 5.71% on $4,158.99; Claim# 5; Filed: $4,158.99; Reference: | 7100-000 | | 237.69 | 5,026.98 |
| 10/10/08 | 110 | Wells Fargo Bank, N.A. | Dividend paid 5.71% on $10,994.63; Claim# 6; Filed: $10,994.63; Reference: | 7100-000 | | 628.35 | 4,398.63 |
| 10/10/08 | 111 | eCAST Settlement Corporation | Dividend paid 5.71% on $17,958.72; Claim# 7; Filed: $17,958.72; Reference: | 7100-000 | | 1,026.35 | 3,372.28 |

Subtotals : $17,149.20 $13,776.92

{} Asset reference(s)

Printed: 01/06/2009 01:26 PM V.10.54

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 05-34637 ABG | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Case Name:** | INGRAM, G SCOTT | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | INGRAM, ADRIENNE | | **Account:** | ***-*****71-66 - Checking Account |
| **Taxpayer ID #:** | 13-7555721 | | **Blanket Bond:** | $3,000,000.00   (per case limit) |
| **Period Ending:** | 01/06/09 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/10/08 | 112 | eCAST Settlement Corporation | Dividend paid   5.71% on $18,912.91; Claim# 8; Filed: $18,912.91; Reference: | 7100-000 | | 1,080.88 | 2,291.40 |
| 10/10/08 | 113 | eCAST Settlement Corporation | Dividend paid   5.71% on $12,803.85; Claim# 9; Filed: $12,803.85; Reference: | 7100-000 | | 731.75 | 1,559.65 |
| 10/10/08 | 114 | Kohl's Department Store | Dividend paid   5.71% on $1,194.19; Claim# 10; Filed: $1,194.19; Reference: | 7100-000 | | 68.25 | 1,491.40 |
| 10/10/08 | 115 | eCAST Settlement Corporation assignee of | Dividend paid   5.71% on $509.04; Claim# 12; Filed: $509.04; Reference: | 7100-000 | | 29.09 | 1,462.31 |
| 10/10/08 | 116 | American Express Centurion Bank | Dividend paid   5.71% on $2,424.92; Claim# 13; Filed: $2,424.92; Reference: | 7100-000 | | 138.59 | 1,323.72 |
| 10/10/08 | 117 | Citibank/CHOICE | Dividend paid   5.71% on $23,161.89; Claim# 14; Filed: $23,161.89; Reference: | 7100-000 | | 1,323.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 17,149.20 | 17,149.20 | $0.00 |
| | | | Less: Bank Transfers | | 17,149.20 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 17,149.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$17,149.20** | |

{} Asset reference(s)

Printed: 01/06/2009 01:26 PM     V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 05-34637 ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** INGRAM, G SCOTT | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| INGRAM, ADRIENNE | **Account:** ***-*****71-66 - Checking Account |
| **Taxpayer ID #:** 13-7555721 | **Blanket Bond:** $3,000,000.00  (per case limit) |
| **Period Ending:** 01/06/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****71-65 | 18,125.43 | 976.23 | 0.00 |
| Checking # ***-*****71-66 | 0.00 | 17,149.20 | 0.00 |
| | $18,125.43 | $18,125.43 | $0.00 |

{} Asset reference(s)

Printed: 01/06/2009 01:26 PM    V.10.54